## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ERICA LAUREN MILATZ,     )
     )
         Plaintiff,     )
     )
v.     )     Case No. CIV-23-710-SM
     )
KILOLO KIJAKAZI, Acting     )
Commissioner of Social Security,     )
     )
         Defendant.     )

## O R D E R

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on August 23, 2023.   Judge Mitchell recommends that Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 be denied but that Plaintiff be directed to pay the filing fee in installments. Plaintiff, who is represented by counsel, has made no timely objection.   Upon consideration, the Court finds that Plaintiff has waived further review of all issues addressed in the Report.   *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 3] is **ADOPTED**.   Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is **DENIED**.   Plaintiff shall make an initial payment of $100.00 to the Clerk within 21 days from the date of this Order.   After paying the initial fee, Plaintiff shall pay $50.00 by the first day of each month until the filing fee of $402.00 is paid in full.

**IT IS FURTHER ORDERED** that a failure to make the initial payment due within 21 days of this Order, or to show cause in writing for failing to make the initial payment, will result in the dismissal of this action without prejudice to refiling.

**IT IS SO ORDERED** this 15th day of September, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge